**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **14-02493-dd**

ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**02/13/2017**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 02/14/2017

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In re:<br><br>Barrett L. Wiggins and<br>Jennifer Nicole Wiggins,<br><br>Debtor(s). | Case No.: 14-02493-dd<br>Chapter 7<br><br>ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. § 522(F)(1)(A)) |
|---|---|

Before the Court is the motion of the debtor to avoid the judicial lien held by the following creditor:

| Name of creditor and description of property securing lien | Estimated judicial lien | Total of all senior / unavoidable liens | Applicable Exemption and Code Section | Value of Debtors interest in property | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| PHI Financial Services, Inc. Real property commonly known as Real property commonly known as 420 Haven Road, Ridgeville, SC. (Debtor only) Judgment date 11/14/2014 | $33,149.78 | $552,058.48 | $1 from S.C. Code Ann. §15-41-30 (A)(7) (unused portion of (A)(5)) | $214,658 | $0 | $33,149.78 |

The Court finds that the judicial lien of the above-named creditor impairs the exemptions to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial lien should therefore be avoided pursuant to 11 U.S.C. § 522(f)(1)(A) in the amount set forth above.

Therefore, IT IS ORDERED that the judicial lien held by the above-named creditor be, and hereby is, avoided in the amount set forth above. Any judicial lien set forth above which is avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.